# EXHIBIT I

PAGE VAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Pop! Rocks: Guns N Roses - Slash \| Funko |
| Capture URL: | https://funko.com/products/pop-rocks-guns-n-roses-slash |
| Captured site IP: | 23.227.38.32 |
| Page loaded at (UTC): | Thu, 12 Oct 2017 15:30:15 GMT |
| Capture timestamp (UTC): | Thu, 12 Oct 2017 15:31:11 GMT |
| Capture tool: | v5.3.1 |
| Page Vault server IP: | 52.7.109.102 |
| Browser engine: | Chrome/54.0.2840.99 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 3 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/732198 |
| User: | jcox |



PRODUCTS    SHOP    RETAILERS                    SUBSCRIPTIONS    POP! YOURSELF

HOME / PRODUCTS / POP! ROCKS: GUNS N ROSES - SLASH

# POP! ROCKS: GUNS N ROSES - SLASH

ITEM #10687



 







SHARE!

G+    Tweet    Pin it  21    Like 194

## SIMILAR PRODUCTS



MINI POP! DISNEY: 2-PK MIKE & SULLEY

ITEM #VAULTED



POCKET POP! KEYCHAIN BLINDBAG: DC COMICS - BATMAN THE ANIMATED SERIES

ITEM #21131



POCKET POP! KEYCHAIN BLINDBAG: DISNEY - NIGHTMARE BEFORE CHRISTMAS

ITEM #24316

BROWSE          FUNKO          NEWSLETTER

PRODUCTS   SHOP   RETAILERS   SUBSCRIPTIONS   POP! YOURSELF

POP! ROCKS

# GUNS N ROSES - SLASH

ITEM #10687

 



G+1   Tweet   Pin it   21   Like 194

## SIMILAR PRODUCTS



MINI POP! DISNEY: 2-PK MIKE & SULLEY

ITEM #VAULTED



POCKET POP! KEYCHAIN BLINDBAG: DC COMICS - BATMAN THE ANIMATED SERIES

ITEM #21131



POCKET POP! KEYCHAIN BLINDBAG: DISNEY - NIGHTMARE BEFORE CHRISTMAS

ITEM #24316

### Funko

2802 Wetmore Avenue
Everett, WA 98201
contact@funko.com
425-783-3616

**BROWSE**
Products
Licenses
Find a Store
Sign Up
Shop

**FUNKO**
About Us
Careers
Blog
Funko HQ
Funko-Shop
Contact
Forum
Sweepstakes Rules
Funko News Room

**NEWSLETTER**
Sign up for the Funko Newsletter for access to exclusive content!

SIGN UP!

Document title: Pop! Rocks: Guns N Roses - Slash | Funko
Capture URL: https://funko.com/products/pop-rocks-guns-n-roses-slash
Capture timestamp (UTC): Thu, 12 Oct 2017 15:31:11 GMT



| | |
|---|---|
| Document title: | Pop! Rocks: Metallica - James Hetfield \| Funko |
| Capture URL: | https://funko.com/products/pop-music-metallica-james-hetfield |
| Captured site IP: | 23.227.38.32 |
| Page loaded at (UTC): | Thu, 12 Oct 2017 15:31:45 GMT |
| Capture timestamp (UTC): | Thu, 12 Oct 2017 15:31:56 GMT |
| Capture tool: | v5.3.1 |
| Page Vault server IP: | 52.7.109.102 |
| Browser engine: | Chrome/54.0.2840.99 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 3 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/732199 |
| User: | jcox |



PRODUCTS    SHOP    RETAILERS    SUBSCRIPTIONS    POP! YOURSELF

HOME / PRODUCTS / POP! ROCKS: METALLICA - JAMES HETFIELD

# POP! ROCKS: METALLICA - JAMES HETFIELD

**ITEM #13806**

 









SHARE!

G+    Tweet    Pin it    Like 18

---

## SIMILAR PRODUCTS



MINI POP! DISNEY: 2-PK MIKE & SULLEY

**ITEM #VAULTED**



POCKET POP! KEYCHAIN BLINDBAG: DC COMICS - BATMAN THE ANIMATED SERIES

**ITEM #21131**



POCKET POP! KEYCHAIN BLINDBAG: DISNEY - NIGHTMARE BEFORE CHRISTMAS

**ITEM #24316**

---

BROWSE    FUNKO    NEWSLETTER

---

Document title: Pop! Rocks: Metallica - James Hetfield | Funko
Capture URL: https://funko.com/products/pop-music-metallica-james-hetfield
Capture timestamp (UTC): Thu, 12 Oct 2017 15:31:56 GMT

# METALLICA - JAMES HETFIELD

ITEM #13806

 

 

G+   Tweet   Pin it   Like 18

## SIMILAR PRODUCTS



MINI POP! DISNEY: 2-PK MIKE & SULLEY

ITEM #VAULTED



POCKET POP! KEYCHAIN BLINDBAG: DC COMICS -
BATMAN THE ANIMATED SERIES

ITEM #21131



POCKET POP! KEYCHAIN BLINDBAG: DISNEY -
NIGHTMARE BEFORE CHRISTMAS

ITEM #24316

*Funko*

2802 Wetmore Avenue
Everett, WA 98201
contact@funko.com
425-783-3616

**BROWSE**

Products
Licenses
Find a Store
Sign Up
Shop

**FUNKO**

About Us
Careers
Blog
Funko HQ
Funko-Shop
Contact
Forum
Sweepstakes Rules
Funko News Room

**NEWSLETTER**

Sign up for the Funko Newsletter for access to exclusive
content!

SIGN UP!



| | |
|---|---|
| Document title: | Pop! Rocks: Metallica - Kirk Hammett \| Funko |
| Capture URL: | https://funko.com/products/pop-rocks-metallica-kirk-hammett |
| Captured site IP: | 23.227.38.32 |
| Page loaded at (UTC): | Thu, 12 Oct 2017 15:32:24 GMT |
| Capture timestamp (UTC): | Thu, 12 Oct 2017 15:33:37 GMT |
| Capture tool: | v5.3.1 |
| Page Vault server IP: | 52.7.109.102 |
| Browser engine: | Chrome/54.0.2840.99 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 3 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/732202 |
| User: | jcox |

SEARCH 🔍

PRODUCTS     SHOP     RETAILERS

BLOG

SUBSCRIPTIONS     POP! YOURSELF

HOME / PRODUCTS / POP! ROCKS: METALLICA - KIRK HAMMETT

# POP! ROCKS: METALLICA - KIRK HAMMETT

### ITEM #13808



SHARE!

G+     🐦 Tweet     📌 Pin it     👍 Like 4




## SIMILAR PRODUCTS



MINI POP! DISNEY: 2-PK MIKE & SULLEY

ITEM #VAULTED





Document title: Pop! Rocks: Metallica - Kirk Hammett | Funko
Capture URL: https://funko.com/products/pop-rocks-metallica-kirk-hammett
Capture timestamp (UTC): Thu, 12 Oct 2017 15:33:37 GMT



## SIMILAR PRODUCTS



MINI POP! DISNEY: 2-PK MIKE & SULLEY

ITEM #VAULTED



POCKET POP! KEYCHAIN BLINDBAG: DC COMICS - BATMAN THE ANIMATED SERIES
ITEM #21131



POCKET POP! KEYCHAIN BLINDBAG: DISNEY - NIGHTMARE BEFORE CHRISTMAS
ITEM #24316



2802 Wetmore Avenue
Everett, WA 98201
contact@funko.com
425-783-3616

**BROWSE**

Products
Licenses
Find a Store
Sign Up
Shop

**FUNKO**

About Us
Careers
Blog
Funko HQ
Funko-Shop
Contact
Forum
Sweepstakes Rules
Funko News Room

**NEWSLETTER**

Sign up for the Funko Newsletter for access to exclusive content!

SIGN UP!

PAGE VAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Pop! Rocks: KISS - "The Spaceman" \| Funko |
| Capture URL: | https://funko.com/products/pop-rocks-kiss-the-spaceman |
| Captured site IP: | 23.227.38.32 |
| Page loaded at (UTC): | Thu, 12 Oct 2017 15:35:57 GMT |
| Capture timestamp (UTC): | Thu, 12 Oct 2017 15:36:35 GMT |
| Capture tool: | v5.3.1 |
| Page Vault server IP: | 52.7.109.102 |
| Browser engine: | Chrome/54.0.2840.99 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 3 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/732206 |
| User: | jcox |

SEARCH

**PRODUCTS**     **SHOP**     **RETAILERS**

**SUBSCRIPTIONS**     **POP! YOURSELF**

BLOG

HOME / PRODUCTS / POP! ROCKS: KISS - "THE SPACEMAN"

# POP! ROCKS: KISS - "THE SPACEMAN"

### ITEM #VAULTED



SHARE!

G+     Tweet     SAVE   4     Like 1



---

## SIMILAR PRODUCTS



MINI POP! DISNEY: 2-PK MIKE & SULLEY

ITEM #VAULTED





Document title: Pop! Rocks: KISS - &quot;The Spaceman&quot; | Funko
Capture URL: https://funko.com/products/pop-rocks-kiss-the-spaceman
Capture timestamp (UTC): Thu, 12 Oct 2017 15:36:35 GMT

## SIMILAR PRODUCTS



MINI POP! DISNEY: 2-PK MIKE & SULLEY

ITEM #VAULTED



POCKET POP! KEYCHAIN BLINDBAG: DC
COMICS - BATMAN THE ANIMATED
SERIES
ITEM #21131



POCKET POP! KEYCHAIN BLINDBAG:
DISNEY - NIGHTMARE BEFORE
CHRISTMAS
ITEM #24316



2802 Wetmore Avenue
Everett, WA 98201
contact@funko.com
425-783-3616

**BROWSE**

Products
Licenses
Find a Store
Sign Up
Shop

**FUNKO**

About Us
Careers
Blog
Funko HQ
Funko-Shop
Contact
Forum
Sweepstakes Rules
Funko News Room

**NEWSLETTER**

Sign up for the Funko Newsletter for access to exclusive
content!

SIGN UP!

**PAGE VAULT**
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Amazon.com: Funko Kiss Plushie 4 Piece Doll Set- Demon Catman Starchild & Spaceman: Toys & Games |
| Capture URL: | https://www.amazon.com/Funko-Plushie-Catman-Starchild-Spaceman/dp/B005PB5H8O/ref=sr_1_1?ie=UTF8&qid=1507822714&sr=8-1&keywords=kiss+plushies |
| Captured site IP: | 54.230.194.248 |
| Page loaded at (UTC): | Thu, 12 Oct 2017 15:38:44 GMT |
| Capture timestamp (UTC): | Thu, 12 Oct 2017 15:39:27 GMT |
| Capture tool: | v5.3.1 |
| Page Vault server IP: | 52.7.109.102 |
| Browser engine: | Chrome/54.0.2840.99 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 7 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/732212 |
| User: | jcox |



NEW & INTERESTING FINDS ON AMAZON EXPLORE

amazon
Try Prime

| Toys & Games ▾ | kiss plushies | 🔍 |

The Halloween Shop

**Departments** ▾    Your Amazon.com    Today's Deals    Gift Cards & Registry    EN ⊕ ▾    Hello. Sign in Account & Lists ▾    Orders    Try Prime ▾    🛒 0 Cart

Toys & Games    Deals    STEM Toys    Best Sellers    Preschool Toys    Boys' Toys    Girls' Toys    Kids' Birthdays    Games    New Releases    Hobby, Models & Trains



Kids' Halloween Store    Shop now ›

‹ Back to search results for "kiss plushies"



Click to open expanded view

Plush

## Funko Kiss Plushie 4 Piece Doll Set- Demon Catman Starchild & Spaceman

★★★★★ ▾    5 customer reviews

Price: **$99.99** + $5.99 shipping

**Only 1 left in stock - order soon.**

Get it as soon as Monday, Oct. 16 when you choose **Two-Day Shipping** at checkout.

Ships from and sold by Austin Books & Comics.

- Listen to old favorites with all four collectible plushies
- Kiss plush are ready to rock and roll all night, and party every day
- Rockin Plushies, gimme a kiss
- Stylized and fun

New (1) from $99.99 + $5.99 shipping



Toys delivered monthly    Learn more ›

Share ✉ 📘 🐦 📌

$99.99 + $5.99 shipping
Only 1 left in stock - order soon.
Sold by Austin Books & Comics

🛒 Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
losangeles, 90001 ▾

Add to List

Have one to sell?    Sell on Amazon





Star Wars app-enabled droids by Sphero

BB-9E App-Enabled Droid with Droid Trainer by Sphero
★★★★★ 16
$129.95 ✓prime

Ad feedback 💬



---

**Customers also shopped for**    Page 1 of 8

‹                ›    

Lamb Hand Puppets for Baby Puppet Plush by PLUSH TOY
★★★★☆ 12
$10.49 ✓prime

Pax - Unicorn
★★★★½ 65
$11.65 ✓prime

Shiba Inu brothers Plush Doll MameTaro by Amuse
★★★★½ 10
$21.87 ✓prime

---

**Sponsored products related to this item** (What's this?)

                

---

Document title: Amazon.com: Funko Kiss Plushie 4 Piece Doll Set- Demon Catman Starchild &amp; Spaceman: Toys &amp; Games
Capture URL: https://www.amazon.com/Funko-Plushie-Catman-Starchild-Spaceman/dp/B005PB5H8O/ref=sr_1_1?…
Capture timestamp (UTC): Thu, 12 Oct 2017 15:39:27 GMT

Page 1 of 6

## Sponsored products related to this item (What's this?)



Shopkins 6" Deluxe Plush
Figure Set of 3
★★★★½ 49
$12.64 ✓prime



Pop! Music: Metallica -
Kirk Hammett Vinyl
Figure and (Bundled with
Pop BOX PROTECTOR…
$14.95 ✓prime




Pop! Music: Metallica -
Robert Trujillo Vinyl
Figure and (Bundled with
Pop BOX PROTECTOR…
$16.95 ✓prime



Funko POP Exclusive
Mystery Starter Pack Set
of 10 "Includes 10
Random Funko POPS…
★★★½☆ 103
$46.95 ✓prime

Ad feedback 🗩

## Special offers and product promotions

- **Your cost could be $49.99 instead of $99.99!** Get a **$50 Amazon.com Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍

## Product description

Each doll is is new in a sealed bag. Kiss plushies are approximately 7 inches tall.

## Product information

| | |
|---|---|
| Package Dimensions | 8.4 x 8.3 x 4.7 inches |
| Item Weight | 15.2 ounces |
| Shipping Weight | 15.2 ounces (View shipping rates and policies) |
| ASIN | B005PB5H8O |
| Best Sellers Rank | #1,205,880 in Toys & Games (See Top 100 in Toys & Games) #92,661 in Toys & Games > Action & Toy Figures > Action Figures |
| Customer Reviews | ★★★★★ ▾   5 customer reviews  5.0 out of 5 stars |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?
Would you like to **tell us about a lower price**?

## Sponsored products related to this item (What's this?)

Page 1 of 4









Funko Kiss Plushie 4 Piece Doll Set- Demon Catman Starchild & Spaceman

$99.99 + $5.99 Shipping   Only 1 left in stock - order soon. Ships from and sold by Austin Books & Comics.



## Sponsored products related to this item (What's this?)

Page 1 of 4

<



Ashton-Drake Interactive Baby Doll By Waltraud Hanl: Sweet Butterfly Kisses - 19" By The…
★★★☆☆ 40
$139.99



3 in 1 Hin Queen Princess Poop Emoji Pillow iPad Holder Backpack Travel Neck…
★★★★½ 311
$12.99 ✓prime



Children Play Tent Girls Pink Castle for Indoor/Outdoor Use With Glow in the Dark…
★★★★½ 262
$19.99 ✓prime



Lalaloopsy Minis 2015 Valentines Day Target Exclusive - Valentina Hugs N Kisses
★★★★★ 5
$11.95 ✓prime



Swimming Goggles For Girls - Candy Hearts Kids Swim Goggles By Bling2o (Hugs & Kisses Pink)
★★★½☆ 20
$23.95 ✓prime

>

Ad feedback 💬



selling on amazon

"Amazon brought millions of customers right to my products."

Christine Krogue | Mama Moon Boutique      Start selling today ›

Ad feedback 💬

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

★★★★★ 5
5.0 out of 5 stars ▾

| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See all 5 customer reviews ›

Share your thoughts with other customers

Write a customer review



Liebert 1500VA 900W LCD UPS Mini-Tow…
★★★★½ 30
$160.60        Shop now

### Top customer reviews

---

Document title: Amazon.com: Funko Kiss Plushie 4 Piece Doll Set- Demon Catman Starchild &amp; Spaceman: Toys &amp; Games
Capture URL: https://www.amazon.com/Funko-Plushie-Catman-Starchild-Spaceman/dp/B005PB5H8O/ref=sr_1_1?…
Capture timestamp (UTC): Thu, 12 Oct 2017 15:39:27 GMT

Funko Kiss Plushie 4 Piece Doll Set- Demon Catman Starchild & Spaceman
$99.99 + $5.99 shipping | Only 1 left in stock - order soon. Ships from and sold by Austin Books & Comics.

3 star ▭ 0%
2 star ▭ 0%
1 star ▭ 0%

Write a customer review

See all 5 customer reviews ›

## Top customer reviews

⭐⭐⭐⭐⭐ **KISSable Plushies**
By Leigh Ann on March 9, 2015
**Verified Purchase**

I bought these for my husband, a big KISS fan. He really likes them. I bought little santa hats for them, and dress them up and put them on display every Christmas on stands. Our guests always get a kick out of them.

Comment | Was this review helpful to you? [Yes] [No] Report abuse

⭐⭐⭐⭐⭐ **Awesome, great Father's Day gift for my dad**
By Austen on June 28, 2015
**Verified Purchase**

Awesome, great Father's Day gift for my dad, who's a huge KISS fan. Just wished the drummer had mini drum sticks like the other dolls had their mini instruments!

Comment | Was this review helpful to you? [Yes] [No] Report abuse

⭐⭐⭐⭐⭐ **Great addition to my collection!**
By Michael Pykare on August 8, 2013
**Verified Purchase**

These guys are so adorable, The quality is good. I love them! It's nice to fin a set of these for such a low price, usually they are $10-$20 each elsewhere. I highly recommend them to any kiss fan :D

Comment | Was this review helpful to you? [Yes] [No] Report abuse

⭐⭐⭐⭐⭐ **We love the Funko's!**
By Popi Doukakis on June 15, 2013
**Verified Purchase**

If your a collector these are awesome! Get all 4 before they're GONE!
A must for KISS collectors to display with pride!

Comment | Was this review helpful to you? [Yes] [No] Report abuse

⭐⭐⭐⭐⭐ **So rockin' and cute**
By Paulette A. Hale on November 13, 2012
**Verified Purchase**

I collect Kiss memorabilia and these little plushies are a wonderful addition to my collection. My little girl wants to steal them for herself!

Comment | Was this review helpful to you? [Yes] [No] Report abuse

See all 5 customer reviews (newest first) ›

Write a customer review

Liebert 1500VA 900W LCD UPS Mini-Tow...
⭐⭐⭐⭐⭒ 30
$160.60
[Shop now]

Ad feedback 💬

**Search customer reviews**
🔍 [              ] [Search]


amazonwarehouse
Bargain Bin
Everything 50% off or more
Learn more ›

Ad feedback 💬

Pages with related products. See and discover other items: cbr 600 f4, cbr 900rr, cbr f3, cbr f4, parts for 98 honda cbr f3

 **Funko Kiss Plushie 4 Piece Doll Set- Demon Catman Starchild & Spaceman**
$99.99 • $5.99 shipping | Only 1 left in stock - order soon. Ships from and sold by Austin Books & Comics.


amazon warehouse
Bargain Bin
Everything 50% off or more
Learn more ›

Ad feedback

**Pages with related products.** See and discover other items: cbr 600 f4, cbr 900rr, cbr f3, cbr f4, parts for 98 honda cbr f3



### Your recently viewed items and featured recommendations

Inspired by your browsing history                                                                                          Page 1 of 10

Ductless Mini Split System charging vacuum port adapter, Converts new R410a style 5/16 SAE...
★★★★½ 182
$14.81 ✓prime

R410a Refrigerant 25lb ICELONG original Brand
★★★★★ 137
$125.00

Pack of (25) CD4460 Schrader Valve Cores with Teflon Seal (blue)
★★★★½ 38
$12.55 ✓prime

RL32-3MAF 1 Qt Emkarate Refrigeration Oil POE Polyolester Copeland Approved
★★★★★ 1
$39.67

Cliplight Super Seal Advanced 944KIT - Permanently Seals & Prevents Leaks in A/C...
★★★★☆ 193
$47.56 ✓prime

You viewed

› View or edit your browsing history

See personalized recommendations
**Sign in**
New customer? Start here.



Back to top

**Get to Know Us**
Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

English      United States



**Funko Kiss Plushie 4 Piece Doll Set- Demon Catman Starchild & Spaceman**

$99.99 + $5.99 shipping - Only 1 left in stock - order soon. Ships from and sold by Austin Books & Comics.

| Ductless Mini Split System charging vacuum port adapter, Converts new R410a style 5/16 SAE... | R410a Refrigerant 25lb ICELONG original Brand | Pack of (25) CD4460 Schrader Valve Cores with Teflon Seal (blue) | RL32-3MAF 1 Qt Emkarate Refrigeration Oil POE Polyolester Copeland Approved | Cliplight Super Seal Advanced 944KIT - Permanently Seals & Prevents Leaks in A/C... |
|---|---|---|---|---|
| ★★★★☆ 182 | ★★★★★ 137 | ★★★★☆ 38 | ★★★★★ 1 | ★★★★☆ 193 |
| $14.81 ✓prime | $125.00 | $12.55 ✓prime | $39.67 | $47.56 ✓prime |

You viewed 

› View or edit your browsing history

See personalized recommendations

**Sign in**

New customer? Start here.

---

**Back to top**

**Get to Know Us**
Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

 |  English | United States

**Amazon Music** Stream millions of songs
**Amazon Drive** Cloud storage from Amazon
**6pm** Score deals on fashion brands
**AbeBooks** Books, art & collectibles
**ACX** Audiobook Publishing Made Easy
**Alexa** Actionable Analytics for the Web
**Amazon Business** Everything For Your Business

**AmazonFresh** Groceries & More Right To Your Door
**AmazonGlobal** Ship Orders Internationally
**Home Services** Handpicked Pros Happiness Guarantee
**Amazon Inspire** Digital Educational Resources
**Amazon Rapids** Fun stories for kids on the go
**Amazon Restaurants** Food delivery from local restaurants
**Amazon Video Direct** Video Distribution Made Easy

**Amazon Web Services** Scalable Cloud Computing Services
**Audible** Download Audio Books
**AudiobookStand** Discount Audiobooks on Disc
**Book Depository** Books With Free Delivery Worldwide
**Box Office Mojo** Find Movie Box Office Data
**ComiXology** Thousands of Digital Comics
**CreateSpace** Indie Print Publishing Made Easy

**DPReview** Digital Photography
**East Dane** Designer Men's Fashion
**Fabric** Sewing, Quilting & Knitting
**Goodreads** Book reviews & recommendations
**IMDb** Movies, TV & Celebrities
**IMDbPro** Get Info Entertainment Professionals Need
**Junglee.com** Shop Online in India

**Kindle Direct Publishing** Indie Digital Publishing Made Easy
**Prime Now** FREE 2-Hour Delivery on Everyday Items
**Prime Photos** Unlimited Photo Storage Free With Prime
**Shopbop** Designer Fashion Brands
**TenMarks.com** Math Activities for Kids & Schools
**Warehouse Deals** Open-Box Discounts
**Whispercast** Discover & Distribute Digital Content

**Whole Foods Market** America's Healthiest Grocery Store
**Withoutabox** Submit to Film Festivals
**Woot!** Deals and Shenanigans
**Zappos** Shoes & Clothing
**Souq.com** Shop Online in the Middle East
**Subscribe with Amazon** Discover & try subscription services

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2017, Amazon.com, Inc. or its affiliates

---

Document title: Amazon.com: Funko Kiss Plushie 4 Piece Doll Set- Demon Catman Starchild &amp; Spaceman: Toys &amp; Games
Capture URL: https://www.amazon.com/Funko-Plushie-Catman-Starchild-Spaceman/dp/B005PB5H8O/ref=sr_1_1?...
Capture timestamp (UTC): Thu, 12 Oct 2017 15:39:27 GMT

PAGE**V**AULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Action Figure: Five Night at Freddy's - Bonnie \| Funko |
| Capture URL: | https://funko.com/products/action-figure-five-night-at-freddys-bonnie |
| Captured site IP: | 23.227.38.32 |
| Page loaded at (UTC): | Thu, 12 Oct 2017 15:37:14 GMT |
| Capture timestamp (UTC): | Thu, 12 Oct 2017 15:37:36 GMT |
| Capture tool: | v5.3.1 |
| Page Vault server IP: | 52.7.109.102 |
| Browser engine: | Chrome/54.0.2840.99 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 3 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/732207 |
| User: | jcox |

SEARCH

**BLOG**

PRODUCTS     SHOP     RETAILERS          SUBSCRIPTIONS     POP! YOURSELF

HOME / PRODUCTS / ACTION FIGURE: FIVE NIGHT'S AT FREDDY'S - BONNIE

# ACTION FIGURE: FIVE NIGHT AT FREDDY'S - BONNIE

ITEM #8849

 



SHARE!

    

 

## SIMILAR PRODUCTS



ACTION FIGURE: DC HEROES - 1966 BATMOBILE VEHICLE

ITEM #12752



ACTION FIGURE: DC HEROES - BATGIRL

ITEM #13909



ACTION FIGURE: DC HEROES - BATMAN

ITEM #13907

Document title: Action Figure: Five Night at Freddy&#39;s - Bonnie | Funko
Capture URL: https://funko.com/products/action-figure-five-night-at-freddys-bonnie
Capture timestamp (UTC): Thu, 12 Oct 2017 15:37:36 GMT

Page 1 of 2




**SHARE!**



## SIMILAR PRODUCTS







ACTION FIGURE: DC HEROES - 1966
BATMOBILE VEHICLE

ITEM #12752

ACTION FIGURE: DC HEROES - BATGIRL

ITEM #13909

ACTION FIGURE: DC HEROES - BATMAN

ITEM #13907

*Funko*

**BROWSE**

2802 Wetmore Avenue
Everett, WA 98201
contact@funko.com
425-783-3616

Products
Licenses
Find a Store
Sign Up
Shop

**FUNKO**

About Us
Careers
Blog
Funko HQ
Funko-Shop
Contact
Forum
Sweepstakes Rules
Funko News Room

**NEWSLETTER**

Sign up for the Funko Newsletter for access to exclusive
content!

SIGN UP!

Document title: Action Figure: Five Night at Freddy&#39;s - Bonnie l Funko
Capture URL: https://funko.com/products/action-figure-five-night-at-freddys-bonnie
Capture timestamp (UTC): Thu, 12 Oct 2017 15:37:36 GMT

PAGE **V**AULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Keychain: Five Nights at Freddy's - Bonnie \| Funko |
| Capture URL: | https://funko.com/products/keychain-five-nights-at-freddys-bonnie |
| Captured site IP: | 23.227.38.32 |
| Page loaded at (UTC): | Thu, 12 Oct 2017 15:34:49 GMT |
| Capture timestamp (UTC): | Thu, 12 Oct 2017 15:35:13 GMT |
| Capture tool: | v5.3.1 |
| Page Vault server IP: | 52.7.109.102 |
| Browser engine: | Chrome/54.0.2840.99 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 3 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/732204 |
| User: | jcox |

SEARCH

PRODUCTS    SHOP    RETAILERS

BLOG

SUBSCRIPTIONS    POP! YOURSELF

HOME / PRODUCTS / KEYCHAIN: FIVE NIGHTS AT FREDDY'S - BONNIE

# KEYCHAIN: FIVE NIGHTS AT FREDDY'S - BONNIE

ITEM #VAULTED



SHARE!

G+    Tweet    SAVE    Like 2



## SIMILAR PRODUCTS




## SIMILAR PRODUCTS



DC: ACRYLIC CUP - BATMAN & ROBIN

ITEM #10840



DC: ACRYLIC CUP - HARLEY QUINN

ITEM #10838



DC: ACRYLIC WATER BOTTLE - BATMAN & ROBIN

ITEM #10841

**Funko**

2802 Wetmore Avenue
Everett, WA 98201
contact@funko.com
425-783-3616

**BROWSE**

Products
Licenses
Find a Store
Sign Up
Shop

**FUNKO**

About Us
Careers
Blog
Funko HQ
Funko-Shop
Contact
Forum
Sweepstakes Rules
Funko News Room

**NEWSLETTER**

Sign up for the Funko Newsletter for access to exclusive content!

SIGN UP!

PAGE**V**A**U**LT

WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Amazon.com: Funko Mystery Minis Vinyl Figure - Five Nights at Freddy's Glow Series 2 - BONNIE (3 inch): Toys & Games |
| Capture URL: | https://www.amazon.com/Funko-Mystery-Minis-Vinyl-Figure/dp/B01MSEI5NP/ref=sr_1_24?s=toys-and-games&ie=UTF8&qid=1507822776&sr=1-24&keywords=bonnie+funko |
| Captured site IP: | 104.86.87.164 |
| Page loaded at (UTC): | Thu, 12 Oct 2017 15:39:58 GMT |
| Capture timestamp (UTC): | Thu, 12 Oct 2017 15:40:31 GMT |
| Capture tool: | v5.3.1 |
| Page Vault server IP: | 52.7.109.102 |
| Browser engine: | Chrome/54.0.2840.99 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 6 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/732215 |
| User: | jcox |



amazon
Try Prime

Toys & Games ▾     bonnie funko     🔍

The Halloween Shop

Departments ▾     Your Amazon.com     Today's Deals     Gift Cards & Registry     EN ⊕ ▾     Hello. Sign in Account & Lists ▾     Orders     Try Prime ▾     🛒 0 Cart

Toys & Games     Deals     STEM Toys     Best Sellers     Preschool Toys     Boys' Toys     Girls' Toys     Kids' Birthdays     Games     New Releases     Hobby, Models & Trains



‹ Back to search results for "bonnie funco"



Click to open expanded view

Mystery Minis

## Funko Mystery Minis Vinyl Figure - Five Nights at Freddy's Glow Series 2 - BONNIE (3 inch)

Be the first to review this item

Price: **$7.99** & **FREE Shipping**

**Only 14 left in stock - order soon.**
Get it as soon as Oct. 16 - 19 when you choose **Expedited Shipping** at checkout.
Ships from and sold by rock_30_games.

- Brand New
- Loose Figure

Used & new (2) from $7.99 & FREE shipping.


Toys delivered monthly Learn more ›

Share ✉ 📘 🐦 📌

Qty: 1 ▾

$7.99 + Free Shipping
Only 14 left in stock - order soon.
Sold by **rock_30_games**

🛒 **Add to Cart**

Turn on 1-Click ordering for this browser

**Ship to:**
losangeles, 90001 ▾

Add to List

### Other Sellers on Amazon

**Used & new (2)** from $7.99 & FREE shipping.

Have one to sell?     Sell on Amazon



Star Wars app-enabled droids by Sphero

**BB-9E App-Enabled Droid with Droid Trainer by Sphero**
⭐⭐⭐⭐⭐ 16
$129.95 ✓prime

Ad feedback ▭

## Customers also shopped for

Page 1 of 9

<



Funko Mystery Minis Vinyl Figure - Moana - PUA the Pig (Sitting - 1.5 inch)
$16.99



Funko Mystery Minis Vinyl Figure - Steven Universe - GARNET with Gauntlet Gloves (3 inch)
⭐⭐⭐⭐⭐ 1
$12.99



Funko Mystery Minis Vinyl Figure - Moana - BLIND PACKS (5 Pack Lot)
$37.11 ✓prime

>

## Sponsored products related to this item (What's this?)

Page 1 of 10










Document title: Amazon.com: Funko Mystery Minis Vinyl Figure - Five Nights at Freddy&#39;s Glow Series 2 - BONNIE (3 inch): Toys &amp; Games
Capture URL: https://www.amazon.com/Funko-Mystery-Minis-Vinyl-Figure/dp/B01MSEI5NP/ref=sr_1_24?s=toys-and-…
Capture timestamp (UTC): Thu, 12 Oct 2017 15:40:31 GMT
Page 1 of 5

**Sponsored products related to this item** (What's this?)

Page 1 of 10















Purple Freddy Bear
Exclusive Collectible
7inch Plush Toy Birthday
Funny For Kids Toy
★★★½☆ 5
$35.99 ✓prime

Five Nights at Freddy's
Sister Location Funtime
Freddy Pop! Vinyl Figure
and (Bundled with Pop…
$16.95 ✓prime

Funko Pop! Games: Five
Nights at Freddy's -
Nightmare Foxy Vinyl
Figure (Bundled with…
$16.95 ✓prime

Funko Pop! Games: Five
Nights at Freddy's -
Nightmare Bonnie Vinyl
Figure (Bundled with…
$16.95 ✓prime

FreedomCapes American
Flag Cape Costume
★★★★½ 94
$15.99 ✓prime

Ad feedback

## Special offers and product promotions

- **Your cost could be $0.00 instead of $7.99!** Get a **$50 Amazon.com Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**
  Apply now

## Have a question?

Find answers in product info, Q&As, reviews

 [                                                                    ]

## Product description

Funko Mystery Minis Vinyl Figure - Five Nights at Freddy's Glow Series 2 - BONNIE (3 inch)

## Product information

| | | |
|---|---|---|
| Shipping Information | View shipping rates and policies | |
| ASIN | B01MSEI5NP | |
| Manufacturer recommended age | 5 years and up | |
| Best Sellers Rank | #637,743 in Toys & Games (See Top 100 in Toys & Games) #45,683 in Toys & Games > Action & Toy Figures > Action Figures | |
| Customer Reviews | Be the first to review this item 0.0 out of 5 stars | |

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?
Would you like to **tell us about a lower price**?

**Sponsored products related to this item** (What's this?)

Page 1 of 13









BOXED WITH
POP PROTECTOR





Document title: Amazon.com: Funko Mystery Minis Vinyl Figure - Five Nights at Freddy&#39;s Glow Series 2 - BONNIE (3 inch): Toys &amp; Games
Capture URL: https://www.amazon.com/Funko-Mystery-Minis-Vinyl-Figure/dp/B01MSEI5NP/ref=sr_1_24?s=toys-and-…
Capture timestamp (UTC): Thu, 12 Oct 2017 15:40:31 GMT

Page 2 of 5

**Funko Mystery Minis Vinyl Figure - Five Nights at Freddy's Glow Series 2 - BONNIE (3 inch)**
$7.99 & FREE Shipping Only 14 left in stock - order soon. Ships from and sold by rock_30_games.

Case 5:17-cv-02494-AG-SP Document 1-9 Filed 12/14/17 Page 30 of 39 Page ID #:73 Cart














Bonnie Chyle Michael The Little Slugger So Truly Real Lifelike Baby Doll by Ashton Drake
⭐⭐⭐⭐⭐ 2
$149.99

72PCS Fyess Novelty Self Adhesive Assorted Fake Mustache Mustaches Novelty & Toy - Fancy...
$8.99 ✓prime

Purple Freddy Bear Exclusive Collectible 7inch Plush Toy Birthday Funny For Kids Toy
⭐⭐⭐½☆ 5
$35.99 ✓prime

Funko Pop! Games: Five Nights at Freddy's - Nightmare Foxy Vinyl Figure (Bundled with...
$16.95 ✓prime

William Mark Feisty Pets Vicky Vicious Plush Adorable Plush Stuffed Bunny that Turns...
⭐⭐⭐⭐½ 195
$19.99 ✓prime

Ad feedback 🗔



selling on amazon

"Amazon brought millions of customers right to my products."

Christine Krogue | Mama Moon Boutique    Start selling today ›

Ad feedback 🗔

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

**There are no customer reviews yet.**

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Share your thoughts with other customers

**Write a customer review**



Liebert 1500VA 900W LCD UPS Mini-Tow...
⭐⭐⭐⭐½ 30
$160.60    **Shop now**

Ad feedback 🗔



Bargain Bin

$160.60

Ad feedback



amazon warehouse

Bargain Bin
Everything 50% off or more

Learn more ›

Ad feedback

**Pages with related products.** See and discover other items: inflatable tent, black tent, fly tent, wall tent, family camping

---

### Your recently viewed items and featured recommendations

Inspired by your browsing history                                    Page 1 of 10

‹



Ductless Mini Split System charging vacuum port adapter, Converts new R410a style 5/16 SAE...
⋆⋆⋆⋆☆ 182
$14.81 ✓prime



R410a Refrigerant 25lb ICELONG original Brand
⋆⋆⋆⋆⋆ 137
$125.00



Pack of (25) CD4460 Schrader Valve Cores with Teflon Seal (blue)
⋆⋆⋆⋆☆ 38
$12.55 ✓prime



CoolPro POE Oil, 8 oz. (CP5001)
⋆⋆⋆⋆⋆ 1
$13.77



RL32-3MAF 1 Qt Emkarate Refrigeration Oil POE Polyolester Copeland Approved
⋆⋆⋆⋆⋆ 1
$39.67

›

---

You viewed   

› View or edit your browsing history

See personalized recommendations

**Sign in**

New customer? Start here.

---

**Back to top**

### Get to Know Us
Careers
About Amazon
Investor Relations
Amazon Devices

### Make Money with Us
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help





PAGE**V**AULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Amazon.com: Bonnie w/ Guitar: ~2.7" Funko Mystery Minis x Five Nights at Freddy's Vinyl Figure + 1 FREE Video Games Themed Trading Card Bundle (088583): Toys & Games |
| Capture URL: | https://www.amazon.com/Bonnie-Guitar-Mystery-Freddys-Trading/dp/B01FCFSISS/ref=sr_1_59?s=toys-and-games&ie=UTF8&qid=1507822856&sr=1-59&keywords=bonnie+funko |
| Captured site IP: | 52.84.121.176 |
| Page loaded at (UTC): | Thu, 12 Oct 2017 15:41:18 GMT |
| Capture timestamp (UTC): | Thu, 12 Oct 2017 15:41:53 GMT |
| Capture tool: | v5.3.1 |
| Page Vault server IP: | 52.7.109.102 |
| Browser engine: | Chrome/54.0.2840.99 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 7 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/732220 |
| User: | jcox |

PAGE VAULT PDF REF#:    ckMQv32ep3WkhgxjsCqBH8



NEW & INTERESTING FINDS ON AMAZON     EXPLORE

amazon
Try Prime

Toys & Games ▾ | bonnie funko | 🔍

The Halloween Shop

Departments ▾ | Your Amazon.com | Today's Deals | Gift Cards & Registry | | EN ⊕ ▾ | Hello. Sign in Account & Lists ▾ | Orders | Try Prime ▾ | 🛒 Cart

Toys & Games | Deals | STEM Toys | Best Sellers | Preschool Toys | Boys' Toys | Girls' Toys | Kids' Birthdays | Games | New Releases | Hobby, Models & Trains



Kids' Halloween Store     Shop now ›

‹ Back to search results for "bonnie funko"



Roll over image to zoom in

Five Nights at Freddy's

## Bonnie w/ Guitar: ~2.7" Funko Mystery Minis x Five Nights at Freddy's Vinyl Figure + 1 FREE Video Games Themed Trading Card Bundle (088583)

Be the first to review this item

### Available from these sellers.

- ONE FREE video games themed trading card is bundled with this item. The card is randomly inserted (may be inside the product packaging), and there's a chance to receive a valuable rare card! If you return this item, the trading card must be returned.
- Mystery Minis is a crossover vinyl figure series by Funko and other famous franchises such as Disney, Pixar, DC Comics, Marvel Comics, Star Wars, Simpsons, South Park, Uglydoll, etc.
- Each figure is about ~1" to ~3" tall and crafted in a Japanese anime/manga super-deformed style (NOTE: due to the unique design of each character, the actual size of the figures may be smaller or bigger than stated).
- The Mystery Minis x Five Nights at Freddy's Mini-Figure Set series feature characters from the video game that centers on a pizza restaurant "Freddy Fazbear's Pizza", where the player defends themselves from the malfunctioning animatronic animal characters
- Perfect collectible items for all Fallout fans. For ages 14+.

**Collectible (2)** from $13.95 + $4.99 shipping


Toys delivered monthly  Learn more ›

Share ✉ 📘 🐦 📌

Have one to sell? | Sell on Amazon




**Star Wars app-enabled droids by Sphero**

**BB-9E App-Enabled Droid with Droid Trainer by Sphero**
★★★★★ 16
$129.95 ✓prime

Ad feedback 💬



See All Buying Options

Add to List

## Customers also shopped for

Page 1 of 5

<


Shadow Freddy (Hot Topic Exclusive) Funko POP! x ...


Nightmare Freddy: Funko x Five Nights at Freddy's ...


Mangle: ~2" Five Nights at Freddy's Mini-Figure ...


Golden Freddy: Funko x Five Nights at Freddy's ...


Tyrael: Funko POP! x Diablo Vinyl Figure + 1 ...

>

       

     

Shadow Freddy (Hot Topic Exclusive): Funko POP! x Five Nights at Freddy's Vinyl Figure + 1 Official FNAF Trading Card...
$34.75

Nightmare Freddy: Funko x Five Nights at Freddy's Action Figure + 1 Official FNAF Trading Card Bundle (11843)

Mangle: ~2" Five Nights at Freddy's Mini-Figure Hanger + 1 Official FNAF Trading Card Bundle (098576)
$14.99 ✔prime

Golden Freddy: Funko x Five Nights at Freddy's Action Figure + 1 FREE Video Games Themed...
★★★★★ 1
$24.99 ✔prime

Tyraei: Funko POP! x Diablo Vinyl Figure + 1 FREE Video Games Themed Trading Card Bundle [33327]
$26.99 ✔prime

## Sponsored products related to this item (What's this?)

Page 1 of 10

     

Purple Freddy Bear Exclusive Collectible 7inch Plush Toy Birthday Funny For Kids Toy
★★★☆☆ 5
$35.99 ✔prime

Five Nights at Freddy's Sister Location Funtime Freddy Pop! Vinyl Figure and (Bundled with Pop...
$16.95 ✔prime

Funko Pop! Games: Five Nights at Freddy's - Nightmare Foxy Vinyl Figure (Bundled with...
$16.95 ✔prime

Funko Pop! Games: Five Nights at Freddy's - Nightmare Bonnie Vinyl Figure (Bundled with...
$16.95 ✔prime

FreedomCapes American Flag Cape Costume
★★★★☆ 94
$15.99 ✔prime

Ad feedback ▱

⚠ **WARNING:**
**CHOKING HAZARD** -- Small parts. Not for children under 3 yrs.

## Have a question?

Find answers in product info, Q&As, reviews

 🔍

## Product description

Mystery Minis is a crossover vinyl figure series by Funko and other famous franchises such as Disney, Pixar, DC Comics, Marvel Comics, Star Wars, Simpsons, South Park, Uglydoll, etc. Each figure is about ~1" to ~3" tall and crafted in a Japanese anime/manga super-deformed style **(NOTE: due to the unique design of each character, the actual size of the figures may be smaller or bigger than stated.)**

The Mystery Minis x Five Nights at Freddy's Mini-Figure Set series feature characters from the video game that centers on a fictional pizza restaurant called "Freddy Fazbear's Pizza", where the player must act as a night security guard, defending themselves from the malfunctioning animatronic animal characters by tracking their movement through the facility using security cameras. **Collect them all!**

**This series is made up of the items below (EACH SOLD SEPARATELY):**
- BCC9RU14-08R8030885D (**Chica**)
- BCC9RU07-08R8030885D (**Crying Child**)
- BCC9R3F1-08R8030885D (**Endoskeleton Freddy**)
- BCC9R3884-08R8030885D (**Balloon Boy**)
- BCC9R3877-08R8030885D (**Bonnie - Sitting**)
- BCC9R3E0-08R8030885D (**Bonnie w/ Guitar**)
- BCC9R38M-08R8030885D (**Carl Cupcake**)
- BCC9R38Q-08R8030885D (**Chica - Standing**)
- BCC9R3D9-08R8030885D (**Foxy**)

 Bonnie w/ Guitar: ~2.7" Funko Mystery Minis x Five Nights at Freddy's Vinyl Figure + 1 FREE Video Games Themed Trading …

Case 5:17-cv-02494-AG-SP Document 1-9 Filed 12/14/17 Page 36 of 39 Page ID #:79

Available from these sellers.

- BCC9R3F1-08R8030885D (**Endoskeleton Freddy**)
- BCC9R3884-08R8030885D (**Balloon Boy**)
- BCC9R3877-08R8030885D (**Bonnie - Sitting**)
- BCC9R3E0-08R8030885D (**Bonnie w/ Guitar**)
- BCC9R38M-08R8030885D (**Carl Cupcake**)
- BCC9R38Q-08R8030885D (**Chica - Standing**)
- BCC9R3D9-08R8030885D (**Foxy**)
- BCC9R3822-08R8030885D (**Freddy - Sitting**)
- BCC9R3815-08R8030885D (**Freddy - Standing**)
- BCC9R3808-08R8030885D (**Golden Freddy**)
- BCC9R3785-08R8030885D (**Puppet Marionette**)
- BCC9R3778-08R8030885D (**Springtrap**)

## Product information

| | | |
|---|---|---|
| Package Dimensions | 3.7 x 3 x 2.6 inches | |
| Item Weight | 2.4 ounces | |
| Shipping Weight | 2.4 ounces | |
| ASIN | B01FCFSISS | |
| Item model number | BCC9R3E0 | |
| Manufacturer recommended age | 14 years and up | |
| Best Sellers Rank | #1,155,669 in Toys & Games (See Top 100 in Toys & Games) #88,488 in Toys & Games > Action & Toy Figures > Action Figures | |
| Customer Reviews | Be the first to review this item 0.0 out of 5 stars | |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?

Would you like to **tell us about a lower price**?

## Related Video Shorts



Top 10 Indie Video Game Mascots

## Sponsored products related to this item (What's this?)

Page 1 of 4













LEGO Batman Movie Clayface Splat Attack 70904
★★★★☆ 46
$27.99 ✓prime

LEGO Marvel Super Heroes Ayesha's Revenge 76080 Superhero Toy
★★★★★ 39
$25.19 ✓prime

Laser Pegs Super Monster Truck 6-in-1 Building Set
★★★★☆ 29
$24.99 ✓prime

Fisher-Price Imaginext Shark Bite Pirate Ship
★★★★★ 217
$43.90 ✓prime

Five Nights At Freddy's Exclusive "Freddy Fazbear" Holiday Collectors Tin Set
★★★★★ 4
$9.99 ✓prime



Ad feedback ☐

Document title: Amazon.com: Bonnie w/ Guitar: ~2.7&quot; Funko Mystery Minis x Five Nights at Freddy&#39;s Vinyl Figure + 1 FREE Video Games Themed Trading…
Capture URL: https://www.amazon.com/Bonnie-Guitar-Mystery-Freddys-Trading/dp/B01FCFSISS/ref=sr_1_59?s=toys-and-…
Capture timestamp (UTC): Thu, 12 Oct 2017 15:41:53 GMT

Page 3 of 6


Available from these sellers.

**LEGO Batman Movie Clayface Splat Attack 70904**
★★★★½ 46
$27.99 ✓prime

**LEGO Marvel Super Heroes Ayesha's Revenge 76080 Superhero Toy**
★★★★½ 39
$25.19 ✓prime

**Laser Pegs Super Monster Truck 6-in-1 Building Set**
★★★★☆ 29
$24.99 ✓prime

**Fisher-Price Imaginext Shark Bite Pirate Ship**
★★★★★ 217
$43.90 ✓prime

**Five Nights At Freddy's Exclusive "Freddy Fazbear" Holiday Collectors Tin Set**
★★★★★ 4
$9.99 ✓prime

Ad feedback 💬



**EAST DANE**

Fresh looks, just in time for fall.

SHOP NOW ›

Ad feedback 💬

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

**There are no customer reviews yet.**

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Share your thoughts with other customers

[ Write a customer review ]



Liebert 1500VA 900W LCD UPS Mini-Tow...
★★★★½ 30
$160.60    [ Shop now ]

Ad feedback 💬



Handmade at amazon    Discover genuinely handcrafted products    [ See more ]

Ad feedback 💬

**Pages with related products.** See and discover other items: all fnaf characters, video game collectible, freddy fazbear, fallout collectibles, animatronics fnaf


 
Available from these sellers.

Ad feedback

**Pages with related products.** See and discover other items: all fnaf characters, video game collectible, freddy fazbear, fallout collectibles, animatronics fnaf

## Your recently viewed items and featured recommendations

Inspired by your browsing history                                    Page 1 of 10








| Ductless Mini Split System charging vacuum port adapter, Converts new R410a style 5/16 SAE… | Pack of (25) CD4460 Schrader Valve Cores with Teflon Seal (blue) | R410a Refrigerant 25lb ICELONG original Brand | RL32-3MAF 1 Qt Emkarate Refrigeration Oil POE Polyolester Copeland Approved | CoolPro POE Oil, 8 oz. (CP5001) |
|---|---|---|---|---|
| ★★★★½ 182 | ★★★★½ 38 | ★★★★★ 137 | ★★★★★ 1 | ★★★★★ 1 |
| $14.81 ✓prime | $12.55 ✓prime | $125.00 | $39.67 | $13.77 |

You viewed       

› View or edit your browsing history   

See personalized recommendations

**Sign in**

New customer? Start here.

---

**Back to top**

### Get to Know Us
Careers
About Amazon
Investor Relations
Amazon Devices

### Make Money with Us
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

 amazon

⊕ English ⇕     United States

| Amazon Music Stream millions of songs | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web | Amazon Business Everything For Your Business |
|---|---|---|---|---|---|---|


Bonnie w/ Guitar: ~2.7" Funko Mystery Minis x Five Nights at Freddy's Vinyl Figure + 1 FREE Video Games Themed Trading ...

Case 5:17-cv-02494-AG-SP   Document 1-9   Filed 12/14/17   Page 39 of 39   Page ID #:82

Available from these sellers.

Ductless Mini Split System charging vacuum port adapter, Converts new R410a style 5/16 SAE...
★★★★½ 182
$14.81 ✓prime

Pack of (25) CD4460 Schrader Valve Cores with Teflon Seal (blue)
★★★★½ 38
$12.55 ✓prime

R410a Refrigerant 25lb ICELONG original Brand
★★★★★ 137
$125.00

RL32-3MAF 1 Qt Emkarate Refrigeration Oil POE Polyolester Copeland Approved
★★★★★ 1
$39.67

CoolPro POE Oil, 8 oz. (CP5001)
★★★★★ 1
$13.77

You viewed
   

› View or edit your browsing history

See personalized recommendations

**Sign in**

New customer? Start here.

---

**Back to top**

### Get to Know Us
Careers
About Amazon
Investor Relations
Amazon Devices

### Make Money with Us
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

 amazon

🌐 English          🇺🇸 United States

| Amazon Music | Amazon Drive | 6pm | AbeBooks | ACX | Alexa | Amazon Business |
|---|---|---|---|---|---|---|
| Stream millions of songs | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web | Everything For Your Business |
| AmazonFresh | AmazonGlobal | Home Services | Amazon Inspire | Amazon Rapids | Amazon Restaurants | Amazon Video Direct |
| Groceries & More Right To Your Door | Ship Orders Internationally | Handpicked Pros Happiness Guarantee | Digital Educational Resources | Fun stories for kids on the go | Food delivery from local restaurants | Video Distribution Made Easy |
| Amazon Web Services | Audible | AudiobookStand | Book Depository | Box Office Mojo | ComiXology | CreateSpace |
| Scalable Cloud Computing Services | Download Audio Books | Discount Audiobooks on Disc | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Indie Print Publishing Made Easy |
| DPReview | East Dane | Fabric | Goodreads | IMDb | IMDbPro | Junglee.com |
| Digital Photography | Designer Men's Fashion | Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Shop Online in India |
| Kindle Direct Publishing | Prime Now | Prime Photos | Shopbop | TenMarks.com | Warehouse Deals | Whispercast |
| Indie Digital Publishing Made Easy | FREE 2-Hour Delivery on Everyday Items | Unlimited Photo Storage Free With Prime | Designer Fashion Brands | Math Activities for Kids & Schools | Open-Box Discounts | Discover & Distribute Digital Content |
| Whole Foods Market | Withoutabox | Woot! | Zappos | Souq.com | Subscribe with Amazon | |
| America's Healthiest Grocery Store | Submit to Film Festivals | Deals and Shenanigans | Shoes & Clothing | Shop Online in the Middle East | Discover & try subscription services | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2017, Amazon.com, Inc. or its affiliates

---