ANDREA E. BATES, ESQ.
SBN 192491
Abates@Bates-Bates.com
KURT W. SCHUETTINGER ESQ.
SBN 295879
Kschuettinger@Bates-Bates.com
BATES & BATES, LLC
1890 Marietta Blvd
Atlanta, Georgia 30318
Phone (404) 228-7439
Fax    (404) 963-6231

Attorneys for
Plaintiff GIBSON BRANDS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIBSON BRANDS, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FUNKO, LLC, a Washington Limited Liability Company, and DOES 1 through 10,<br><br>　　　　　　Defendants. | CASE NO. 5:17-CV-02494-AG-SP<br><br>Hon. Andrew J. Guilford<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>First Amended Complaint Filed: February 16, 2017 |

1      PLEASE TAKE NOTICE that Plaintiff Gibson Brands, Inc. hereby
2 dismisses this entire action with prejudice pursuant to Fed. R. Civ. P.
3 41(a)(1)(A)(i).

Dated March 23, 2018          BATES & BATES, LLC

/s/ Andrea E. Bates
ANDREA E. BATES
California Bar No. 192491
1890 Marietta Boulevard, NW
Atlanta, Georgia 30318
(404) 228-7439

Attorney for PLAINTIFF
GIBSON BRANDS, INC.